**PINNOCK & WAKEFIELD**
Theodore A. Pinnock, Esq.   Bar #: 153434
David C. Wakefield, Esq.    Bar #: 185736
Michelle L. Wakefield, Esq. Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Phone: (619) 858-3671
Fax:   (619) 858-3646

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual,**<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**RODEWAY INN; CHOICE HOTELS INTERNATIONAL; PATEL, BHULABHAI B; PATEL, CHANDAN B; PATEL, CHANDABEN B a/k/a; PATEL, KANTILL B; PATEL, URMILABEN K; PATEL, DIVYESH B; PATEL, BHAMINI D;** And **DOES 1 THROUGH 10,** Inclusive<br>　　　　　Defendants. | Case No.: C 04-3330 JSW<br><br>**REQUEST FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF DEFENDANTS RODEWAY INN; PATEL, BHULABHAI B; PATEL, CHANDAN B; PATEL, CHANDABEN B a/k/a; PATEL, KANTILL B; PATEL, URMILABEN K; PATEL, DIVYESH B; PATEL, BHAMINI D AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

///

1

Case No.: C 04-3330 JSW

1  IT IS HEREBY REQUESTED by and between Plaintiffs, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants **RODEWAY INN; CHOICE HOTELS INTERNATIONAL; PATEL, BHULABHAI B; PATEL, CHANDAN B; PATEL, CHANDABEN B a/k/a; PATEL, KANTILL B; PATEL, URMILABEN K; PATEL, DIVYESH B; PATEL, BHAMINI D** from Plaintiffs' Complaint, Case Number C 04-3330 JSW. Additionally, Plaintiffs request that Plaintiffs' Complaint be dismissed with prejudice in its entirety.

IT IS SO REQUESTED.

Dated: 08/04/05

PINNOCK & WAKEFIELD, A.P.C.

By: _____
Theodore A. Pinnock, Esq.
Attorney for Plaintiffs

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANTS RODEWAY INN; PATEL, BHULABHAI B; PATEL, CHANDAN B; PATEL, CHANDABEN B a/k/a; PATEL, KANTILL B; PATEL, URMILABEN K; PATEL, DIVYESH B; and PATEL, BHAMINI D AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.

IT IS HEREBY ORDERED that Defendants **RODEWAY INN; PATEL, BHULABHAI B; PATEL, CHANDAN B; PATEL, CHANDABEN B a/k/a; PATEL, KANTILL B; PATEL, URMILABEN K; PATEL, DIVYESH B; PATEL, BHAMINI D** are dismissed with prejudice from Plaintiffs' Complaint. Additionally, Plaintiffs' Complaint is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: August 5, 2005

_____
JUDGE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

Case No.: C 04-3330 JSW